FILED

APR 05 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BILLY BIRDWELL

~~MICHAEL MAYFIELD~~, ET AL.,
Plaintiff(s)/Petitioner(s),

Case No. 2:10-CV-00719-GGH

vs.

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

M. CATES, ET AL.,
Defendant(s)/Respondents(s).

**This case was randomly assigned to Magistrate Judge Gregory G. Hollows. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 302.**

**Accordingly, within 30 days, the parties shall complete and return this form to the court.**

**IT IS SO ORDERED.**

Dated: 3/26/10

/s/ – Gregory G. Hollows
United States Magistrate Judge

IMPORTANT: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

☐ ***CONSENT*** **TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: ____________ Signature: ____________

Print Name: ____________

( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

☒ ***DECLINE*** **OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: 3/29/10 Signature: Troy Paul Rackley

Print Name: Troy Paul Rackley

(X) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: ____________