1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BILLY PAUL BIRDWELL, II,

11              Plaintiff,                    No. CIV S-10-0719 FCD GGH P

12        vs.

13   M. CATES, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2    appointment of counsel (Docket No. 11) is denied.

3    DATED: June 1, 2010

4

5                                    /s/ Gregory G. Hollows

6                                    _____
                                     GREGORY G. HOLLOWS
7                                    UNITED STATES MAGISTRATE JUDGE

GGH:md
8    bird0719.31

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26