IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY PAUL BIRDWELL, II,

        Plaintiff,                  No. CIV S-10-0719 KJM GGH P

    vs.

M. CATES, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  On January 27, 2011, plaintiff filed a motion for a preliminary injunction, however, on February 9, 2011, plaintiff filed a motion to vacate the motion for a preliminary injunction.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 9, 2011, motion to vacate (Doc. 29) is granted and the January 27, 2011, motion (Doc. 25) is vacated.

DATED: February 15, 2011

                          /s/ Gregory G. Hollows

                        _____
                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

GGH:AB
bird0719.ord