IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY PAUL BIRDWELL, II,

       Plaintiff,                    No.  CIV S-10-0719 KJM GGH P

   vs.

M. CATES, et al.,

       Defendants.           <u>ORDER</u>

_____/

      Plaintiff has filed a motion for extension of time to file an opposition to defendants' January 23, 2012 motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's February 8, 2012 motion for an extension of time (Docket No. 82) is granted;

      2. Plaintiff is granted thirty days from the date of this order in which to file an opposition.  Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: February 13, 2012

                                     /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp; bird0719.36